■ KATHLEEN FELLMAN, Appellant, v TOWN OF BABYLON, Respondent. [639 NYS2d 720]

The appellant's contentions regarding certain comments that were made by defense counsel during his summation are, for the most part, unpreserved for appellate review (*see, Hoyne v Colletti,* 215 AD2d 440). In any event, the challenged comments did not deprive the appellant of a fair trial (*see, Hoyne v Colletti, supra*).

We have examined the appellant's remaining contention and find it to be without merit. Rosenblatt, J. P., Miller, Ritter and Sullivan, JJ., concur.